IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**MELVIN BERNARD THOMPSON,**

    **Plaintiff,**

v.     Case No. 4:23-cv-311-AW-MAF

**RICKY DIXON, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Plaintiff Melvin Bernard Thompson filed this § 1983 case against prison officials. The magistrate judge recommends dismissal for several reasons. ECF No. 12. I have considered the magistrate judge's report and recommendation, *id.*, and I have considered de novo the issues raised in Thompson's objections, ECF Nos. 18, 19.

Thompson has not paid the filing fee, and the magistrate judge has twice denied his IFP motions. Ordinarily, that alone would be reason to dismiss. But Thompson has objected to the magistrate judge's second denial, and the order's rationale as to that denial is unclear. Moreover, the magistrate judge does not recommend dismissal based on failure to submit the fee. Under these circumstances—and because there is a clearer basis for dismissal—I will proceed for now as though IFP status had been granted.

1

I agree with the magistrate judge that dismissal without prejudice is appropriate because Thompson did not accurately disclose his litigation history. Thompson says in his objection that he misunderstood the requirement, and he suggests he tried his best. But the requirement is straightforward, and it is important. Thompson's failure warrants dismissal. But as the magistrate judge noted, this will not preclude a new lawsuit with a new complaint that accurately discloses litigation history.

The magistrate judge's report and recommendation (ECF No. 12) is adopted to the extent it recommends dismissal for failure to disclose litigation history. I do not reach the other issues it raised. The clerk will enter a judgment that says, "Plaintiff's claims are dismissed without prejudice for failure to disclose litigation history." The motion for preliminary injunction (ECF No. 13) is DENIED as moot. The clerk will close the file.

SO ORDERED on October 31, 2023.

s/ *Allen Winsor*
United States District Judge